# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:22-cr-00305 |
| ) | Judge Trauger |
| [1]  JAVON KELLY ) | |
| [2]  JUAN RODRIQUEZ ) | |
| [3]  ARMESIA NEWSOME ) | |
| [4]  I'YENDALE BYRD ) | |

## ORDER

The Motions to Continue Trial filed by defendants Newsome and Byrd (Doc. Nos. 65, 67) are GRANTED, conditioned upon the filing of waivers of speedy trial by defendants Kelly, Newsome, and Byrd. Counsel for defendant Rodriquez has informed the court that his client will not execute a waiver of speedy trial. Therefore, as to defendant Rodriquez, the period of delay until the new trial date is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(6), as defendant Rodriquez is joined for trial with three co-defendants who wish to continue the trial and have waived their rights to a speedy trial, and defendant Rodriquez has not been severed from his co-defendants.

By separate order, the trial for all defendants is being reset for February 21, 2023.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge